AUSA: Roy R. Kranz                Telephone: (989) 895-5712
AO 91 (Rev. 11/11) Criminal Complaint    Special Agent: Kyle McGraw, ATF    Telephone: (313) 268-0449

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
  v.
Ryan Lee Vanochten

Case No.  Case: 1:24-mj-30011
Judge: Morris, Patricia T.
Filed: 01-16-2024

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 11, 2024__ in the county of __Isabella__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Count 1: 21 U.S.C. §841(a)(1) | Possess with Intent to Distribute Methamphetamine |
| Count 2: 18 U.S.C. §922(g)(1) | Felon in Possession of a Firearm |
| Count 3: 18 U.S.C. §924(c) | Possession of a Firearm in Furtherance of a Drug Trafficking Crime |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Kyle McGraw, Special Agent, ATF
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: 1/16/2024

_Judge's signature_

City and state: Bay City, Michigan

Patricia T. Morris, United States Magistrate Judge
_Printed name and title_

# AFFIDAVIT IN SUPPORT OF
# AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Kyle McGraw, being first duly sworn, hereby depose and state as follows:

## EXECUTIVE SUMMARY

1. The Bureau of Alcohol, Tobacco, Firearms, and Explosives is conducting an investigation into the arrest of Ryan Lee VANOCHTEN (XX/XX/1981). VANOCHTEN was found to be in possession of approximately 120 grams of crystal methamphetamine, a Sig Sauer .9mm Luger Semi-Automatic Pistol and a Sig Sauer 5.56 Rifle. Furthermore, there was evidence of VANOCHTEN manufacturing methamphetamine into pill form and pressing symbols on the pills to appear as though they were Adderall. VANOCHTEN is currently on federal supervised release until 2026 and is a previously convicted felon who is prohibited from possessing firearms. Based on the information in this affidavit there is probable cause to believe that on January 11, 2024, VANOCHTEN was in violation of 18 U.S.C. §922(g)(1), 18 USC 924(c), and 21 USC 841(a)(1).

## INTRODUCTION AND BACKGROUND

2. I am a Special Agent employed with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), U.S. Justice Department, and have been so employed since November 7, 2016. I successfully completed the

1

Criminal Investigations Training Program (CITP) at the Federal Law Enforcement Training Center (FLETC), Brunswick, Georgia. I also completed the Bureau of Alcohol, Tobacco, Firearms and Explosives Special Agent Basic Training (SABT) National Training Academy conducted in Brunswick, Georgia. During these courses of study, I received training in the investigation of federal firearm and narcotics violations. Previously, I was a certified law enforcement officer in Michigan with the City of Saginaw Police Department and the Saginaw Township Police Department for a total of five years. During which time, I spent two years on the Bay Area Narcotics Enforcement Team (BAYANET) enforcing state narcotics and firearms violations. I personally investigated and assisted in numerous of cases, which led to search warrants, arrests, prosecutions, and the seizure of large quantities of narcotics and firearms.  During my employment with ATF, I have conducted or participated in investigations related to the possession and manufacture of firearms and narcotics in violation of Titles 18, 21, and 26 of the United States Code.

3. I make this affidavit from personal knowledge based on my participation in this investigation, communications with the Bridgeport Township Police Department, and others who have personal knowledge of the

events and circumstances described herein, and information gained through my review of relevant documents related to this investigation. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

4. I am currently investigating Ryan Lee VANOCHTEN date of birth XX/XX/1981, for violation of Title 18 U.S.C. §922(g) – Possession of a firearm by a felon, 18 U.S.C. §924(c) – Possession of a Firearm in Furtherance of a Drug Crime, and 21 U.S.C. §841(a)(1) – Possession with Intent to Distribute Methamphetamine.

**PORBABLE CAUSE**

5. On January 11, 2024, law enforcement with the Michigan State Police Bay Area Narcotics Enforcement Team (BAYANET) executed a state search warrant at 704 Halstead Rd., Bay City, Bay County, Eastern District of Michigan, 48708. The warrant executed by the Michigan State Police Emergency Services team at approximately 06:15 a.m. on January 11, 2024. Two individuals who did not reside at the residence were located outside the home in a vehicle when law enforcement approached. VANOCHTEN was located inside the residence in the living room. All

3

individuals were handcuffed without incident as the residence was secured, and no other persons were located in the home.

6. Special Agent McGraw and Det. Phillips spoke with VANOCHTEN at the residence. He was informed of the search warrant for the home and read his Miranda Rights from the form. VANOCHTEN refused to answer questions and no further questioning took place. VANOCHTEN did freely state he was the only resident of the home which had been purchased by him and his ex-wife, but it is his home now where he has resided for about 18 years. His two juvenile children do stay at the home when he has custody every other weekend.

7. Upon a search of the residence, detectives located three bedrooms in the upstairs of the home, two were children's rooms apparent by the clothing sizes and toys inside the rooms. In the third bedroom, detectives located residency for VANOCHTEN at 704 Halstead Rd. Detectives located two firearms in the bedroom, a Sig Sauer P320 .9mm Luger Semi-automatic pistol bearing serial number 58J052625 which had been reported stolen, and a Sig Sauer 5.56 Rifle bearing serial number 20F004726 along with a drug magazine. Also located in the bedroom and adjoining private bathroom, detectives found approximately 121 grams of methamphetamine, 128 orange pills stamped "AD/30" (indicative of

Adderall) but tested for methamphetamine, 7.5 grams of MDMA crystals, 8 grams of cocaine HCL, .5 grams of cocaine base, and 1.5 grams of fentanyl – all the aforementioned narcotics were tested with the Tru-narc analyzer and positive for the same. There were also approximately 211 suboxone strips located. Inside the bathroom was an apparent pill laboratory, with multiple unknown powders, a pill press, and evidence of manufacturing pills with sifters and other various instruments.

8. VANOCHTEN is a previously convicted felon for a prior conviction in March 2003, in which he was found guilty of Delivery/Manufacture Narcotics less than 50 grams.

9. Based on the foregoing, I have probable cause to believe that on January 11, 2024, in the Eastern District of Michigan, Ryan VANOCHTEN, a previously convicted felon was in violation of 18 U.S.C. 922(g)(1) – felon in possession of a firearm, 18 U.S.C 924(c) – Possession of a Firearm in a Drug Trafficking Crime, and 21 U.S.C. 841(a)(1) – Possession with Intent to Distribute Methamphetamine.

Respectfully submitted,

_Kyle McGraw_ (signature)

Kyle McGraw, Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
PATRICIA MORRIS
UNITED STATES MAGISTRATE JUDGE